| | |
|---|---|
| 1 | LAW OFFICE OF FRANCIS J. FLYNN, JR.<br>Francis J. Flynn, Jr. |
| 2 | 422 South Curson Avenue<br>Los Angeles, California 90036-3169 |
| 3 | T: 314-662-2836<br>F: 1-855-710-7706 |
| 4 | E: casey@lawofficeflynn.com |
| 5 | *Attorneys for Plaintiff and the Proposed Class*<br>*(additional counsel on signature page)* |
| 6 | CLARK HILL LLP |
| 7 | Timothy M. Flaherty (SBN 99666)<br>TFlaherty@ClarkHill.com |
| 8 | David M. Perl (SBN 301288)<br>DPerl@ClarkHill.com |
| 9 | One Embarcadero Center, Suite 400<br>San Francisco, CA 94111 |
| 10 | Telephone:    (415) 984-8500<br>Facsimile:    (415) 984-8599 |
| 11 | Attorneys for Tricopian, Inc. |

**UNITED STATES OF AMERICA**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

| | |
|---|---|
| TYLER VEASEY, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br>           v.<br><br>TRICOPIAN, INC. f/k/a TRICOPIAN, LLC d/b/a SAVEME PRODUCTS and SAVEME BATTERIES NORTH AMERICA, and TRICOPIAN (SWITZERLAND) SÀRL<br><br>                                    Defendants. | Case No. 3:19-cv-02060-MMA-JLB<br><br>**JOINT NOTICE OF SETTLEMENT** |

COME NOW the Parties, by and through undersigned counsel, and hereby advise the Court as follows:

WHEREAS, as detailed in Plaintiff's Complaint, this case stems from Plaintiff's allegations that Defendants sold their portable charging product to Plaintiff and consumers based

upon marketing language reflecting that they would be entitled to Free Unlimited Swaps of the devices at Defendants' kiosks, and then sought to change the terms such that consumers would have to pay to swap their chargers;

WHEREAS, the Parties have been engaged in extensive efforts to resolve this case since shortly after an Answer was filed in this matter;

WHEREAS, the Parties have reached agreement in substance and have executed a Term Sheet outlining the salient terms of their agreement to resolve this litigation ("the Settlement");

WHEREAS, because this Settlement is entered at a very early stage in the litigation, prior to any discovery being conducted or factual record is developed, the Parties have included in the Term Sheet the ability for Plaintiff to obtain some limited confirmatory discovery prior to reducing the Term Sheet into a fully and finally executed Settlement Agreement;

WHEREFORE, the Parties request that the Court vacate the February 20, 2020 ENE Conference and Rule 16(b) Conference and the February 10, 2020 obligations to lodge and/or file pleadings and statements regarding the same. The Parties further request that they be granted up to and including March 31, 2020 to submit paperwork with this Court finalizing the Settlement to permit the confirmatory discovery referenced herein and the finalization of Settlement terms.

DATED: February 10, 2020                CAREY, DANIS & LOWE

 /s/ *James J. Rosemergy*
James Rosemergy (admitted pro hac vice)
8235 Forsyth Boulevard
Saint Louis, Missouri 63105-1643
Tele: 314-725-7700
Email: jrosemergy@careydanis.com

Francis J. Flynn, Jr.
LAW OFFICE OF FRANCIS J. FLYNN, JR.

Attorneys for Plaintiff

2

JOINT NOTICE OF SETTLEMENT
Case No. 3:19-cv-02060-MMA-JLB

| | |
|---|---|
| Dated: February 10, 2020 | CLARK HILL LLP |

By: /s/ *Timothy M. Flaherty*
Timothy M. Flaherty
David M. Perl

Attorneys for Tricopian, Inc.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 10th day of February, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ *James J. Rosemergy*