# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| TYLER VEASY, | Case No. 19-cv-2060-MMA (JLB) |
|---|---|
| Plaintiff, | **ORDER RE: DISMISSAL** |
| v. | |
| TRICOPIAN, INC., and TRICOPIAN (SWITZERLAND) SARL, | |
| Defendants. | |

On July 24, 2020, the parties filed a "Joint Stipulation for Dismissal with Prejudice" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). *See* Doc. No. 21. Given the joint stipulation and its basis under Rule 41(a)(1)(A), this case has been dismissed and the action has been terminated. *See Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir. 1999) ("[O]nce a notice of voluntary dismissal is filed, the district court in which the action is pending loses jurisdiction and cannot exercise discretion with respect to the terms and conditions of the dismissal."); *see also Duke Energy Trading & Mktg., L.L.C. v. Davis*, 267 F.3d 1042, 1049 (9th Cir. 2001) ("The [filing of a Rule 41(a)(1)(i) notice] itself closes the file."); *Acosta v. Lopez*, No. 1:18-cv-00625-AWI-SKO, 2019 WL 5536321, at *1 (E.D. Cal. Oct. 25, 2019) ("Once

the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal. Case law concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval."); *Milton v. Lawton*, No. 1:04-cv-05556-AWI-WMW, 2009 WL 530909, at *1 (E.D. Cal. Mar. 3, 2009) (same).

**IT IS SO ORDERED**.

Dated: August 14, 2020

HON. MICHAEL M. ANELLO
United States District Judge